**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON, | No. CV 09-4547 NJV |
| Plaintiff, | **ORDER RE: NON-COMPLIANCE WITH THE COURT'S MARCH 26, 2010 ORDER** |
| v. | |
| JOHN MATHSON, JOY MATHSON, et al., | |
| Defendants. | |

In its March 26, 2010 order denying in part and granting in part Defendants' motion to dismiss or alternatively stay (Doc. No. 36), the Court directed the parties to provide periodic updates to the Court, at least every 60 days, regarding the progress of the state court action and whether resolution has been reached on the quiet title, trespass, nuisance, nuisance per se, negligence, and/or negligence per se claims in the state court action.  To date, no such report has been received.

The Court hereby orders the parties to provide the aforementioned status report no later than Friday, August 20, 2010 and every 60 days thereafter.  The parties are advised that further failure to abide by the Court's orders may be grounds for sanctions.

**IT IS SO ORDERED.**

Dated: August 13, 2010

NANDOR J. VADAS
United States Magistrate Judge