IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>JON MATHSON AND JOY MATHSON,<br><br>    Defendants._____/ | No. CV 9-4547 NJV<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on August 13, 2010, I SERVED a true and correct copy of the Court's August 13, 2010 order re: non-compliance with the Court's March 26, 2010 order, by placing said copy in a postage paid envelope addressed to the persons listed below, by depositing said envelope in the U.S. Mail.

**Bruce Remington**
5149 Blackberry Lane
Eureka, CA 95503


                                              /s/ Chris Wolpert
                                                Chris Wolpert
                                    Administrative Law Clerk to the
                                    The Honorable Nandor J. Vadas