**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRUCE REMINGTON,

    Plaintiff,

v.

JOHN MATHSON, JOY MATHSON, et al.,

    Defendants.

_____/

Case No. 1: CV 09-4547 NJV

ORDER VACATING ORAL ARGUMENT

    Defendants' motion for protective order and exclusion sanctions is set for hearing on September 27, 2011. The Court has determined that the matter has been adequately briefed by the parties and that oral argument is unnecessary. Accordingly, the motion shall stand submitted as of September 27, 2011, and will be decided on the papers.

IT IS SO ORDERED.

Dated: September 19, 2011

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Remington

No. C 09-4547 NJV

v.

CERTIFICATE OF SERVICE

Mathson
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Bruce Remington**
5149 Blackberry Lane
Eureka, CA 95503


RICHARD W. WIEKING, CLERK

By:/s/_____
     Gloria Masterson
     Deputy Clerk