**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MATHSON and JOY MATHSON,<br><br>　　　　Defendants.<br>_____/ | No. 09-CV-4547 NJV<br><br>ORDER TAXING COSTS FOLLOWING ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND EXCLUSION SANCTIONS AND ORDERING PLAINTIFF TO PAY SANCTIONS WITHIN TEN DAYS |

　　　　On September 27, 2011, this Court entered an order granting Defendants' motion for a protective order and exclusion sanctions. (Docket No. 72.) The Court sanctioned Plaintiff pursuant to Rule 37(c)(1)(A) in the amount of Defendants' costs and expenses in bringing the motion, and directed Defendants to file a bill of costs within ten (10) days of the date of entry of this order. *Id*.

　　　　Defendants filed their bill of costs on October 6, 2011. (Docket No. 74.) The Court finds the bill of costs to be well documented and reasonable. Accordingly, the Court HEREBY TAXES costs and expenses in the amount of $2,525.00. Plaintiff is HEREBY ORDERED to pay Defendants $2,525.00 in sanctions within ten (10) days of the entry of this order.

Dated: October 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nandor J. Vadas
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN MATHSON and JOY MATHSON,<br><br>  Defendants. | No. 09-CV-4547 NJV<br><br>**CERTIFICATE OF SERVICE** |

 I, the undersigned, hereby certify that on October 14, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Bruce Remington
5149 Blackberry Lane
Eureka, CA 95503

Dated: October 14, 2011

　　　　　　　　　　　/s/ *Linn Van Meter*
　　　　　　　　　　　Linn Van Meter
　　　　　　　　Administrative Law Clerk to the
　　　　　　　　Honorable Nandor J. Vadas

2