**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BRUCE REMINGTON,

       Plaintiff,

  v.

JOHN MATHSON, JOY MATHSON,

       Defendants.

                    /

No.09-CV 09-4547 NJV

ORDER VACATING ORAL ARGUMENT

Defendants' motion for summary judgment is set for hearing on November 1, 2011.  Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for decision without oral argument.   Accordingly, the Court takes the motion under submission on the papers.

IT IS SO ORDERED.

Dated: October 17, 2011

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California