**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON, <br><br>  Plaintiff, <br><br> v. <br><br> JOHN MATHSON, JOY MATHSON, <br><br>  Defendants. | No.09-CV 09-4547 NJV <br><br> ORDER VACATING ORAL ARGUMENT |

Defendants' motion for summary judgment is set for hearing on November 1, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for decision without oral argument. Accordingly, the Court takes the motion under submission on the papers.

IT IS SO ORDERED.

Dated: October 17, 2011

NANDOR J. VADAS
United States Magistrate Judge