United States District Court
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE REMINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MATHSON, JOY MATHSON,<br><br>　　　　Defendants.<br>_____/ | No.09-CV 09-4547 NJV<br><br>ORDER VACATING FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES |

The final pretrial conference set for December 13, 2011, and the jury trial set for January 24, 2012, are HEREBY VACATED. These dates will be reset as needed following resolution of the pending motion for summary judgment.

IT IS SO ORDERED.

Dated: November 1, 2011

　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge